FILED
DENA TIPPETS
CLERK OF DISTRICT COURT

FILED
GREAT FALLS DIV. 2008 DEC 30 AM 11:09

2009 JAN 22 PM 12:24
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

Brian Lilletvedt
BOSCH, KUHR, DUGDALE,
MARTIN & KAZE, PLLP
P.O. Box 7152
Havre, MT 59501
Telephone: (406)265-6706
Attorneys for Plaintiff

**MONTANA TWELFTH JUDICIAL DISTRICT COURT, HILL COUNTY**

| | |
|---|---|
| TERRY PARSONS,<br><br>         Plaintiff,<br><br>   and<br><br>ADM/CHS, LLC.,<br><br>         Defendant. | Cause No. DV-08-249<br><br>**COMPLAINT AND JURY DEMAND**<br><br>CV-09-11-GF-RKS |

COMES NOW the Plaintiff, Terry Parsons, and for his claim for relief alleges as follows:

I.

At all times pertinent hereto Plaintiff was a resident of Hill County, Montana.

II.

Defendant, ADM/CHS, LLC. is a Delaware Limited Liability Company with its principal offices located in Inver Grove Heights, Minnesota. Defendant is authorized to conduct business in the State of Montana and has an office located in Havre, Hill County, Montana.

III.

Plaintiff was employed with Defendant from May 1, 2005 until he was terminated by the Defendant on January 11, 2008, a period of more than 2 years.

IV.

On or about January 11, 2008, without good cause and contrary to its own written personnel policies, the Defendant wrongfully dismissed Plaintiff and terminated his employment with the Defendant.

V.

The Defendant failed to notify or inform the Plaintiff, within 7 days of his termination, of the existence of any written internal procedures under which he could appeal his termination within the Defendant's organizational structure and failed to supply the Plaintiff with a copy of any written internal procedures

VI.

As a direct and legal result of the wrongful discharge, Plaintiff sustained substantial economic losses, including loss of past and future income, loss of fringe benefits, including but not limited to retirement and health care benefits, attorney's fees and litigation expenses, all to his detriment and damage in an amount to be determined at trial.

1 | WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

1. For lost wages and fringe benefits, together with interest.

2. For costs and expenses; and

3. Any and all other relief which the Court deems proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Date this 30th day of December, 2008.

BOSCH, KUHR, DUGDALE,
MARTIN & KAZE, PLLP

By _____
P.O. Box 7152
Havre, MT  59501
Attorneys for Plaintiff